

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00421-CR

Bernardo C. **HUERTA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CR-6940
Honorable Stephanie Boyd, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the judgment of the trial court is AFFRIMED.

SIGNED May 21, 2025.

_____
Lori M. Brissette, Justice